UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: Eight Thousand Seventy-Seven Dollars ($8,077.00) in U.S. Currency; | Misc. No. 17-50964<br>Hon. Arthur J. Tarnow |
| Century Arms TAS47 7.62mm Rifle, S/N RAS47093186; One 7.62mm Black Magazine; 30 Rounds of 7.62 Ammunition; Smith & Wesson SD40 VE .40 cal Pistol, S/N FXR7067; One .40 cal Magazine; and 13 Rounds of .40 cal Ammunition; | |
| Fifty-Seven Thousand Dollars ($57,000.00) in U.S. Currency; and | |
| Assorted Jewelry, VL: $117,500.00, | |
| Defendants *in Rem.* | |

### ORDER TO UNSEAL THIRTEENTH EX PARTE ORDER TO EXTEND THE TIME TO FILE A COMPLAINT FOR FORFEITURE (ECF NO. 419)

The United States of America has applied to this Court for an Order to unseal the Thirteenth Ex Parte Order to Extend the Time to File a Complaint for Forfeiture (ECF No. 419). Upon good cause shown in the government's ex parte application, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Ex Parte Application to Unseal the Thirteenth Ex Parte Order Extending the Time to File a Forfeiture Complaint (ECF No. 419) is GRANTED.

Dated: December 28, 2021        s/Arthur J. Tarnow
                                HONORABLE ARTHUR J. TARNOW
                                United States District Court Judge

1